# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>Plaintiff, <br><br>vs. <br><br>DANIEL JOSEPH SANGREY, <br><br>Defendant. | CR-00-100-GF-BMM <br><br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston conducted a revocation hearing in this matter on February 14, 2019. (Doc. 146.) The United States accused Defendant Daniel Joseph Sangrey of violating his conditions of supervised release by: 1) failing to report for substance abuse testing; 2) failing to notify his probation officer of a change in employment; and 3) failing to attend appointments for substance abuse treatment. (Doc. 141 at 2-3.) Sangrey admitted to all three violations of his supervised release. (Doc. 151 at 2-3.)

Judge Johnston entered Findings and Recommendations on February 19, 2019. (Doc. 151.) Judge Johnston recommended that the Court revoke Sangrey's supervised release. *Id.* at 3. Judge Johnston recommended that the Court commit

1

Sangrey to the custody of the Bureau of Prisons for period of 13 months, without a term of supervised release to follow. *Id*.

Sangrey waived his right to object to Judge Johnston's Findings and Recommendations. *Id*. at 3-4. The Government did not file an objection. The Court will review Judge Johnston's Findings and Recommendations for clear error. *See McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). The Court finds no clear error in Judge Johnston's Findings and Recommendations. Sangrey's violations represent a serious breach of the Court's trust. A custodial sentence of 13 months, with no term of supervised release to follow, is a sufficient, but not greater than necessary sentence.

**IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 151) is **ADOPTED IN FULL**.

**IT IS FURTHER ORDERED** that Defendant Daniel Joseph Sangrey is sentenced to 13 months in custody with no period of supervised release to follow.

DATED this 1st day of March, 2019.

Brian Morris
United States District Court Judge